IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLIE GEORGE DOWNER,** | CIV S-06-1479-DFL-CMK-P |
| Petitioner, | **SCHEDULING ORDER** |
| v. | |
| **M. CRAMER, Warden,** | |
| Respondent. | |

Upon motion of respondent and good cause appearing,

IT IS ORDERED that the time for filing an answer to the petition be, and the same is, extended to and including October 15, 2006.

August 16, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Scheduling Order - *Downer v. Cramer*, CIV S-06-1479 DFL-CMK-P