IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIE GEORGE DOWNER, | No. CIV S-06-1479-DFL-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M. CRAMER, Warden, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 17, 2006, the court issued findings and recommendations regarding respondent's motion to dismiss (Doc. 16). The court recommended that the motion be granted because this is a "mixed" petition containing both exhausted and unexhausted claims. The court specified that objections should be filed within 20 days. On December 1, 2006, rather than filing objections, petitioner filed a motion seeking an order staying these proceedings and holding consideration of the mixed petition in abeyance pending exhaustion in state court. Respondent will be directed to file a response to petitioner's stay and abeyance motion . In the meantime, the November 17, 2006, findings and recommendations will be vacated. Once respondent files a response to petitioner's stay and

abeyance motion, the court will issue new findings and recommendations addressing both respondent's motion to dismiss and petitioner's stay and abeyance motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 17, 2006, findings and recommendations are vacated; and

2. Within 20 days of the date of this order, respondent shall file a response to petitioner's December 1, 2006, stay and abeyance motion.

DATED:   December 5, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE