IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIE GEORGE DOWNER, | No. CIV S-06-1479-DFL-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M. CRAMER, Warden, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 1, 2006, petitioner filed a motion for a stay and abeyance order (Doc. 18). The court issued findings and recommendations regarding that motion on February 28, 2007. On December 7, 2006, petitioner filed a duplicative stay and abeyance motion (Doc. 20). Because the substance of the December 7, 2006, motion is the same as the December 1, 2006, motion, and because the request for a stay and abeyance order has been addressed by the court, the December 7, 2006, motion will be disregarded.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that petitioner's December 7, 2006, motion (Doc. 20) is disregarded and the Clerk of the Court is directed to terminate motion as a pending matter.

DATED: June 7, 2007.

                                                         **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE