IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIE GEORGE DOWNER,<br><br>    Petitioner,<br><br>vs.<br><br>M. CRAMER, Warden,<br><br>    Respondent. | No. 2:06-CV-1479-RRB-CMK P<br><br>**ORDER** |

        Petitioner Collie George Downer ("Petitioner"), a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 28, 2007, Magistrate Judge Craig M. Kellison filed Findings and Recommendations (Docket 23) herein, which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty days. Petitioner has filed Objections to the Magistrate's Findings and Recommendations at Docket 24.

ORDER DENYING PETITIONER'S
    MOTION FOR STAY AND ABEYANCE - 1
2:06-CV-1479-RRB-CMK P

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes; and, in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter.  Having both carefully and thoroughly reviewed the same, the court finds the Magistrate's Findings and Recommendations at Docket 8 to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations at Docket 23, filed on February 28, 2007, are adopted in full;

2. Petitioner's, Motion for a Stay-and-Abeyance Order at **Dockets 18 & 20** is **DENIED**;

3. Respondent's Motion to Dismiss at **Docket 16** is **GRANTED**; and

3. The matter is referred back to the Magistrate Judge to provide Petitioner with the options outlined in the February 28, 2007, Findings and Recommendations (Docket 23).

ENTERED this 3rd day of October, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S
    MOTION FOR STAY AND ABEYANCE - 2
2:06-CV-1479-RRB-CMK P