**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLIE GEORGE DOWNER, | No. CIV S-06-1479-JKS-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M. CRAMER, Warden, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 2, 2007, the court provided petitioner with an opportunity to file an amended petition which deleted unexhausted claims. On November 13, 2007, petitioner filed a document to which was attached an amended petition containing only exhausted claims.[1]  Respondent will be required to file an answer to the amended petition.

/ / /

/ / /

---

[1] The Clerk of the Court will be directed to separate the amended petition from the November 13, 2007, filing and to file it separately, as of the same date, as an amended petition.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall separate the amended petition, attached to petitioner's November 13, 2007, filing, and file it separately, as of November 13, 2007, as the amended petition in this case; and

2. Within 30 days of the date of this order, respondent shall file an answer.

DATED: December 18, 2007

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE